# Court of Appeals
# of the State of Georgia

ATLANTA,  July 18, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1980.  LESLIE JOSHUA, IN HER REPRESENTATIVE CAPACITY AS EXECUTRIX OF THE ESTATE OF SHIRLEY JACKSON v. YASHIKA R. JACKSON.**

Leslie Joshua, the executor of Shirley Jackson's estate, filed a petition for quiet title and in the alternative for declaratory judgment against Yashika Jackson. Jackson did not timely answer and the case went into default. Jackson filed a motion to open default, which the trial court granted. Joshua then filed this direct appeal. We, however, lack jurisdiction.

As the trial court granted the motion to open default, the case remains pending in the trial court. See *Vangoosen v. Bohannon*, 236 Ga. App. 361, 363 (2) (511 SE2d 925) (1999) ("The *grant* of a motion to set aside a default judgment and open the default leaves the case pending in the trial court and is thus not a final judgment proper for direct appeal."). Under these circumstances, Joshua was required to follow the interlocutory appeal procedure outlined in OCGA § 5-6-34 (b).[1] Her failure to do so deprives this Court of jurisdiction to consider the appeal, which is hereby DISMISSED.

---

[1] Joshua has also filed an application for interlocutory appeal of the same order that was denied by this Court.  See Case No. A18I0181 (decided June 5, 2018).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  07/18/2018          *
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*